# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>TIMOTHY K. JOKUBEIT,<br>  Defendant. | Case No.: 15-00333-01-CR-W-GAF<br><br>Date:  May 24, 2016 |

## MINUTE SHEET

The Honorable Gary A. Fenner, presiding at Kansas City, Missouri

Nature of Proceeding: Change of Plea

Time commenced:  2:36 p.m.          Time terminated:  2:54 p.m.

## APPEARANCES

Plaintiff's counsel:   David Barnes, AUSA
Defendant's counsel: Bob Kuchar, AFPD
Probation officer:     Dickson Noelle

2:36 p.m.   **PROCEEDINGS IN COURTROOM:** Defendant appears to change his plea from not guilty to guilty to Count(s) 1 and 3 of the indictment.

Charge(s) and range of punishment read.  Defendant sworn.  Court questions defendant regarding physical and mental condition.  Defendant advised of right to trial by jury, maximum and minimum terms of incarceration, and fine ranges.  Plea agreement filed.  Court accepts defendant's plea.  Court orders Presentence Investigation Report.

Defendant remanded to the custody of the U.S. Marshal.

---
Court Reporter:  Kathy Calvert                                              Courtroom Deputy:  Terri Moore